IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| VICTOR WALLER,<br><br>    Plaintiff,<br><br>  v.<br><br>NORTHEASTERN AVIATION CORPORATION; CARMELO TORRE; and JOHN DOES 1-5,<br><br>    Defendants. | CIVIL ACTION NO.: 4:23-cv-25 |

**O R D E R**

The Court issued a Scheduling Order on February 21, 2023, setting certain filing and discovery deadlines in this case, including a Status Report deadline of June 29, 2023. (Doc. 13) That date has passed, and no such status report has been filed. Accordingly, the parties are **DIRECTED** to file a joint status report[1] in this case **by August 7, 2023**. Failure to file an appropriate status report by that date may result in the Court's *sua sponte* dismissal of the case.

**SO ORDERED**, this 2nd day of August, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] A Post-Discovery Status Report Form for Judge Baker's cases is available on the Court's website www.gas.uscourts.gov under "forms." The parties are directed to use the content and format contained in this Form when reporting to the Court.