IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| VICTOR WALLER,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>NORTHEASTERN AVIATION CORP.;<br>CARMELLO TORRE; and JOHN DOES 1–5,<br><br>　　　Defendants. | CIVIL ACTION NO.: 4:23-cv-25 |

**O R D E R**

On September 12, 2023, the Court administratively closed this action as the case had settled. (Doc. 25.)  In the Order administratively closing the case, the Court informed the parties that if they did not file a joint stipulation of dismissal or a dismissal judgment (or move to reopen the case if necessary) within forty-five days, the Court would *sua sponte* dismiss the case with prejudice. (Id.)  The forty-five day deadline has passed and the parties have not filed anything with the Court.  Accordingly, this action is hereby **DISMISSED WITH PREJUDICE**.  The Clerk of Court is hereby authorized and **DIRECTED** to **REOPEN** this case, **TERMINATE** all pending motions, and **CLOSE** this case.

**SO ORDERED**, this 3rd day of November, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA